IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00493-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES C. GALLEGOS,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Wednesday, March 3, 2010 at 10:00 a.m.**

      Dated:  January 11, 2010

-1-